IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Nieto, Leticia

Printed: 12/23/08

Case Number: 08 B 20737
Judge: Squires, John H
Filed: 8/8/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: November 12, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 2. | Cook County Treasurer | Secured | 3,000.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 11,485.36 | 0.00 |
| 4. | Aurora Loan Service | Secured | 33,000.00 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 148.38 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 644.91 | 0.00 |
| 7. | Cook County Treasurer | Unsecured | 969.52 | 0.00 |
| 8. | Sallie Mae | Unsecured | 2,485.67 | 0.00 |
| 9. | Digitial EFCU | Secured |  | No Claim Filed |
| 10. | GEMB | Secured |  | No Claim Filed |
| 11. | GEMB | Unsecured |  | No Claim Filed |
| 12. | Digitial EFCU | Unsecured |  | No Claim Filed |
| 13. | American Honda Finance Corporation | Unsecured |  | No Claim Filed |
| 14. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
|  |  |  | $ 51,733.84 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Nieto, Leticia | Case Number:  08 B 20737 |
| | Judge:  Squires, John H |
| Printed: 12/23/08 | Filed:  8/8/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

